AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| PATRICK MENDOZA <br> *Plaintiff(s)* <br> v. <br> FENIX AMMUNITION LLC, a Michigan Limited Liability Company <br> *Defendant(s)* | Civil Action No. 2:24-cv-1120 - ODW (MRWx) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  FENIX AMMUNITION LLC
42920 TEN MILE ROAD
UNIT 18
NOVI, MI 48375

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Douglas L. Johnson (SBN 209216)
Daniel B. Lifschitz (SBN 285068)
Johnson & Johnson LLP
439 N. Canon Dr. Suite 200
Beverly Hills, CA 90210
(310) 975-1080

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 2/12/2024                  *Signature of Clerk or Deputy Clerk*